IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK PERRY,

    Plaintiff,

  v.

PERDUE FARMS INC,

    Defendant.

No. C 16-06537 WHA

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. 636(c), the parties in the above-captioned action voluntarily waived their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the action, including the order and entry of final judgment (Dkt. Nos. 14–15).

It is hereby ordered that this action is **REFERRED** for assignment to Judge Elizabeth D. Laporte, who presided over the underlying case as well as this action (before it was reassigned to the undersigned).

**IT IS SO ORDERED.**

Dated: December 30, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE